UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:10-CR-00139-BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ) | |
| ANTONIO MARCIAL NAVARETTE ) | |
| ) | |

This matter is before the court on defendant's *pro se* motion for an order directing trial counsel to provide to defendant copies of "discovery related materials, e.g., interview notes, reports, etc." The government and trial counsel were served with the motion and neither has filed a response. The motion is ALLOWED. See N.C. Revised R. of Professional Conduct 1.16, Cmt. 10. Within 10 days of the date of this order, trial counsel is DIRECTED to provide defendant with copies of all discovery received from the government.

This 16 July 2012.

_____
W. Earl Britt
Senior U.S. District Judge